## UNITED STATES *versus* JULIEN BEAULIEU

Journal Entries (1817): *Journal 2:* (1) Motion to quash writ of error overruled *p. 538; (2) assignment of errors *p. 541; (3) joinder in error, postponed *p. 544; (4) judgment reversed *p. 547.

Papers in File: (1) Writ of error and return; (2) bill of exceptions; (3) assignment of errors.